**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Susan S. Turbitt,<br>aka Susan Shields Turbitt,<br>aka Susan J. Turbitt<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-17110 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734