MICHAEL TURBITT vs GYPSY BLU LLC
DSP-████

### ORDER

AND NOW, this 28th day of July 2017, the Claim Petition is GRANTED. It is ORDERED that as a result of the Claimant's work injury of May 8, 2016 and in compliance with the terms of the Pennsylvania Workers' Compensation Act, the Defendant is and was to make payments of Workers' Compensation Benefits to and/or on behalf of the Claimant, particularly Workers' Compensation Indemnity Benefits at the rate of $737.18 per week for total disability from May 9, 2016 and until an alteration of the Claimant's Workers' Compensation Benefits in accordance with the terms of the Pennsylvania Workers' Compensation Act, expenses for reasonable and necessary medical treatment with a relationship to the Claimant's work injury, and statutory interest at the rate of 10 percent per annum on all deferred amounts of Workers' Compensation Benefits and of litigation expenses for reimbursement to the Claimant and/or Claimant's counsel in accordance with the terms of Finding of Fact Number 54.

A counsel fee in accordance with the terms of the fee agreement between the Claimant and Claimant's counsel is approved for the Claimant's counsel. The Defendant is directed to pay the approved fee directly to the Claimant's counsel and from the Claimant's Workers' Compensation Benefits.

*Kathleen DiLorenzo*
Kathleen DiLorenzo
Workers' Compensation Judge
Upper Darby Field Office

EXHIBIT "A"