# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:**

Issue Date: 04/28/2017

Pay End Date: 04/30/2017

Advice Number:

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,495.13 |
| **Deductions/Taxes:** | $2,233.78 |
| **Net Pay:** | $3,261.35 |

**Your Pay Deposited To**
Bank Name
Institution Number



| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | | |
|---|---|---|---|---|
| REGULAR MONTHLY PAY | $5,495.13 | | | |
| Total Payments | $5,495.13 | $22,080.52 | | |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $296.00 | $1,184.00 | $1,531.00 | $6,124.00 |
| PFP DENTAL - EE+F | $113.43 | $453.72 | $60.00 | $240.00 |
| DAVIS VISION - EE+F | $12.52 | $50.08 | | |
| COMMUTER TRANSIT PRE-TAX | $81.90 | $354.60 | | |
| Total Shelters | $503.85 | $2,042.40 | $1,591.00 | $6,364.00 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $274.76 | $1,099.04 | $494.57 | $1,978.28 |
| Total Reductions | $274.76 | $1,099.04 | $494.57 | $1,978.28 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $692.50 | $2,788.25 | | |
| FICA/OASDI - SOCIAL SEC | $309.65 | $1,243.12 | $309.65 | $1,243.12 |
| MEDICARE TAX | $72.42 | $290.73 | $72.42 | $290.73 |

|  | | | | |
|---|---:|---:|---:|---:|
| STATE TAX | $155.75 | $626.07 | | |
| SUT DED | $3.85 | $15.47 | | |
| CITY TAX 1 | $191.01 | $767.52 | | |
| Total Taxes | $1,425.18 | $5,731.16 | $382.07 | $1,533.85 |

### After-Tax Deductions

|  | Deductions | | Penn Contributions | |
|---|---:|---:|---:|---:|
|  | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $28.15 | $112.60 | | |
| DEPENDENT LIFE INSURANCE | $1.84 | $7.36 | | |
| Total Deductions | $29.99 | $119.96 | $0.00 | $0.00 |

### Net Pay

|  | Amount |
|---|---:|
| Net Pay | $3,261.35 |

### Other Penn Contributions

|  | Penn Contributions | |
|---|---:|---:|
|  | Amount | Year-to-Date |
| LIFE INS UNIV CONTRIB | $7.93 | $31.72 |
| Total Contributions | $7.93 | $31.72 |

### Federal Tax Status & Exemptions
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 1 |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:**

Issue Date: 05/31/2017

Pay End Date: 05/31/2017

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,495.13 |
| **Deductions/Taxes:** | $2,233.77 |
| **Net Pay:** | $3,261.36 |

Advice Number:

**Your Pay Deposited To**
Bank Name
Institution Number

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | | |
|---|---|---|---|---|
| REGULAR MONTHLY PAY | $5,495.13 | | | |
| Total Payments | $5,495.13 | $27,575.65 | | |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $296.00 | $1,480.00 | $1,531.00 | $7,655.00 |
| PFP DENTAL - EE+F | $113.43 | $567.15 | $60.00 | $300.00 |
| DAVIS VISION - EE+F | $12.52 | $62.60 | | |
| COMMUTER TRANSIT PRE-TAX | $81.90 | $436.50 | | |
| Total Shelters | $503.85 | $2,546.25 | $1,591.00 | $7,955.00 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $274.76 | $1,373.80 | $494.57 | $2,472.85 |
| Total Reductions | $274.76 | $1,373.80 | $494.57 | $2,472.85 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $692.50 | $3,480.75 | | |
| FICA/OASDI - SOCIAL SEC | $309.65 | $1,552.77 | $309.65 | $1,552.77 |
| MEDICARE TAX | $72.41 | $363.14 | $72.41 | $363.14 |

|                 | Amount    | Year-to-Date |          |            |
|-----------------|-----------|--------------|----------|------------|
| STATE TAX       | $155.75   | $781.82      |          |            |
| SUT DED         | $3.85     | $19.32       |          |            |
| CITY TAX 1      | $191.01   | $958.53      |          |            |
| Total Taxes     | $1,425.17 | $7,156.33    | $382.06  | $1,915.91  |

### After-Tax Deductions

|                          | Deductions | | Penn Contributions | |
|--------------------------|--------|--------------|--------|--------------|
|                          | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE  | $28.15 | $140.75      |        |              |
| DEPENDENT LIFE INSURANCE | $1.84  | $9.20        |        |              |
| Total Deductions         | $29.99 | $149.95      | $0.00  | $0.00        |

### Net Pay

|         | Amount    |
|---------|-----------|
| Net Pay | $3,261.36 |

### Other Penn Contributions

|                     | Penn Contributions | |
|---------------------|--------|--------------|
|                     | Amount | Year-to-Date |
| LIFE INS UNIV CONTRIB | $7.93  | $39.65       |
| Total Contributions | $7.93  | $39.65       |

### Federal Tax Status & Exemptions
(at time of this pay)

| Tax Status          | Single |
|---------------------|--------|
| Number of Exemptions | 1      |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:**

Issue Date: 06/30/2017

Pay End Date: 06/30/2017

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,495.13 |
| **Deductions/Taxes:** | $2,233.78 |
| **Net Pay:** | $3,261.35 |

Advice Number:

### Your Pay Deposited To
Bank Name
Institution Number

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | | |
|---|---|---|---|---|
| REGULAR MONTHLY PAY | $5,495.13 | | | |
| Total Payments | $5,495.13 | $33,070.78 | | |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $296.00 | $1,776.00 | $1,531.00 | $9,186.00 |
| PFP DENTAL - EE+F | $113.43 | $680.58 | $60.00 | $360.00 |
| DAVIS VISION - EE+F | $12.52 | $75.12 | | |
| COMMUTER TRANSIT PRE-TAX | $81.90 | $518.40 | | |
| Total Shelters | $503.85 | $3,050.10 | $1,591.00 | $9,546.00 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $274.76 | $1,648.56 | $494.57 | $2,967.42 |
| Total Reductions | $274.76 | $1,648.56 | $494.57 | $2,967.42 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $692.50 | $4,173.25 | | |
| FICA/OASDI - SOCIAL SEC | $309.65 | $1,862.42 | $309.65 | $1,862.42 |
| MEDICARE TAX | $72.42 | $435.56 | $72.42 | $435.56 |

|                         | Amount      | Year-to-Date |          |            |
|-------------------------|-------------|--------------|----------|------------|
| STATE TAX               | $155.75     | $937.57      |          |            |
| SUT DED                 | $3.85       | $23.17       |          |            |
| CITY TAX 1              | $191.01     | $1,149.54    |          |            |
| Total Taxes             | $1,425.18   | $8,581.51    | $382.07  | $2,297.98  |

### After-Tax Deductions

|                         | Deductions  |              | Penn Contributions |            |
|-------------------------|-------------|--------------|--------------------|------------|
|                         | Amount      | Year-to-Date | Amount             | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $28.15      | $168.90      |                    |            |
| DEPENDENT LIFE INSURANCE| $1.84       | $11.04       |                    |            |
| Total Deductions        | $29.99      | $179.94      | $0.00              | $0.00      |

### Net Pay

|         | Amount     |
|---------|------------|
| Net Pay | $3,261.35  |

### Other Penn Contributions

|                    | Penn Contributions |              |
|--------------------|--------------------|--------------|
|                    | Amount             | Year-to-Date |
| LIFE INS UNIV CONTRIB | $7.93           | $47.58       |
| Total Contributions   | $7.93           | $47.58       |

### Federal Tax Status & Exemptions
(at time of this pay)

| Tax Status          | Single |
|---------------------|--------|
| Number of Exemptions | 1     |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:**

Issue Date: 07/31/2017

Pay End Date: 07/31/2017

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,659.98 |
| **Deductions/Taxes:** | $2,411.27 |
| **Net Pay:** | $3,248.71 |

Advice Number:

**Your Pay Deposited To**
Bank Name
Institution Number



| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | | |
|---|---|---|---|---|
| REGULAR MONTHLY PAY | $5,659.98 | | | |
| Total Payments | $5,659.98 | $38,730.76 | | |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $318.00 | $2,094.00 | $1,588.35 | $10,774.35 |
| PFP DENTAL - EE+F | $113.43 | $794.01 | $60.00 | $420.00 |
| HEALTH CARE PRE-TAX ACCT | $125.00 | $125.00 | | |
| DAVIS VISION - EE+F | $13.01 | $88.13 | | |
| COMMUTER TRANSIT PRE-TAX | $86.35 | $604.75 | | |
| Total Shelters | $655.79 | $3,705.89 | $1,648.35 | $11,194.35 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $283.00 | $1,931.56 | $509.40 | $3,476.82 |
| Total Reductions | $283.00 | $1,931.56 | $509.40 | $3,476.82 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $693.82 | $4,867.07 | | |
| FICA/OASDI - SOCIAL SEC | $310.49 | $2,172.91 | $310.49 | $2,172.91 |

|                         | Amount      | Year-to-Date |          |            |
|-------------------------|-------------|--------------|----------|------------|
| MEDICARE TAX            | $72.62      | $508.18      | $72.62   | $508.18    |
| STATE TAX               | $156.28     | $1,093.85    |          |            |
| SUT DED                 | $3.96       | $27.13       |          |            |
| CITY TAX 1              | $196.27     | $1,345.81    |          |            |
| Total Taxes             | $1,433.44   | $10,014.95   | $383.11  | $2,681.09  |

**After-Tax Deductions**

|                           | Deductions |              | Penn Contributions |              |
|---------------------------|------------|--------------|--------------------|--------------|
|                           | Amount     | Year-to-Date | Amount             | Year-to-Date |
| OPTIONAL LIFE INSURANCE   | $37.20     | $206.10      |                    |              |
| DEPENDENT LIFE INSURANCE  | $1.84      | $12.88       |                    |              |
| Total Deductions          | $39.04     | $218.98      | $0.00              | $0.00        |

**Net Pay**

|          | Amount    |
|----------|-----------|
| Net Pay  | $3,248.71 |

**Other Penn Contributions**

|                       | Penn Contributions |              |
|-----------------------|--------------------|--------------|
|                       | Amount             | Year-to-Date |
| LIFE INS UNIV CONTRIB | $8.63              | $56.21       |
| Total Contributions   | $8.63              | $56.21       |

**Federal Tax Status & Exemptions**
(at time of this pay)

| Tax Status           | Single |
|----------------------|--------|
| Number of Exemptions | 1      |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

https://uatpenn.apps.upenn.edu/uatPenn/jsp/fast2.do                                    11/7/2017

# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:** ▉▉▉▉▉

Issue Date: 08/31/2017

Pay End Date: 08/31/2017

Advice Number: ▉▉▉▉▉

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,659.98 |
| **Deductions/Taxes:** | $2,411.27 |
| **Net Pay:** | $3,248.71 |

**Your Pay Deposited To**
Bank Name
Institution Number

| Gross Pay and Other Taxable Payments | Amount | Year-to-Date |
|---|---|---|
| REGULAR MONTHLY PAY | $5,659.98 | |
| Total Payments | $5,659.98 | $44,390.74 |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
|  | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $318.00 | $2,412.00 | $1,588.35 | $12,362.70 |
| PFP DENTAL - EE+F | $113.43 | $907.44 | $60.00 | $480.00 |
| HEALTH CARE PRE-TAX ACCT | $125.00 | $250.00 | | |
| DAVIS VISION - EE+F | $13.01 | $101.14 | | |
| COMMUTER TRANSIT PRE-TAX | $86.35 | $691.10 | | |
| Total Shelters | $655.79 | $4,361.68 | $1,648.35 | $12,842.70 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
|  | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $283.00 | $2,214.56 | $509.40 | $3,986.22 |
| Total Reductions | $283.00 | $2,214.56 | $509.40 | $3,986.22 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
|  | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $693.82 | $5,560.89 | | |
| FICA/OASDI - SOCIAL SEC | $310.49 | $2,483.40 | $310.49 | $2,483.40 |

|                    | Amount    | Year-to-Date |          |          |
|--------------------|-----------|--------------|----------|----------|
| MEDICARE TAX       | $72.62    | $580.80      | $72.62   | $580.80  |
| STATE TAX          | $156.28   | $1,250.13    |          |          |
| SUT DED            | $3.96     | $31.09       |          |          |
| CITY TAX 1         | $196.27   | $1,542.08    |          |          |
| Total Taxes        | $1,433.44 | $11,448.39   | $383.11  | $3,064.20 |

### After-Tax Deductions

|                          | Deductions |              | Penn Contributions |              |
|--------------------------|------------|--------------|--------------------|--------------|
|                          | Amount     | Year-to-Date | Amount             | Year-to-Date |
| OPTIONAL LIFE INSURANCE  | $37.20     | $243.30      |                    |              |
| DEPENDENT LIFE INSURANCE | $1.84      | $14.72       |                    |              |
| Total Deductions         | $39.04     | $258.02      | $0.00              | $0.00        |

### Net Pay

|         | Amount    |
|---------|-----------|
| Net Pay | $3,248.71 |

### Other Penn Contributions

|                     | Penn Contributions |              |
|---------------------|--------------------|--------------|
|                     | Amount             | Year-to-Date |
| LIFE INS UNIV CONTRIB | $8.63            | $64.84       |
| Total Contributions | $8.63              | $64.84       |

### Federal Tax Status & Exemptions
(at time of this pay)

| Tax Status          | Single |
|---------------------|--------|
| Number of Exemptions | 1     |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.

# U@Penn

**Employee Name:** SUSAN S TURBITT
**Penn ID:**

Issue Date: 09/29/2017

Pay End Date: 09/30/2017

| Pay Stub Summary | |
|---|---|
| **Gross Pay:** | $5,659.98 |
| **Deductions/Taxes:** | $2,411.26 |
| **Net Pay:** | $3,248.72 |

Advice Number:

**Your Pay Deposited To**
Bank Name
Institution Number



| Gross Pay and Other Taxable Payments | Amount | Year-to-Date | | |
|---|---|---|---|---|
| REGULAR MONTHLY PAY | $5,659.98 | | | |
| Total Payments | $5,659.98 | $50,050.72 | | |

| Shelters | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| KEYSTONE HMO - EE+F | $318.00 | $2,730.00 | $1,588.35 | $13,951.05 |
| PFP DENTAL - EE+F | $113.43 | $1,020.87 | $60.00 | $540.00 |
| HEALTH CARE PRE-TAX ACCT | $125.00 | $375.00 | | |
| DAVIS VISION - EE+F | $13.01 | $114.15 | | |
| COMMUTER TRANSIT PRE-TAX | $86.35 | $777.45 | | |
| Total Shelters | $655.79 | $5,017.47 | $1,648.35 | $14,491.05 |

| Reductions | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| TIAA-CREF TDR PRE-TAX | $283.00 | $2,497.56 | $509.40 | $4,495.62 |
| Total Reductions | $283.00 | $2,497.56 | $509.40 | $4,495.62 |

| Taxes | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| FEDERAL WITHHOLDING TAX | $693.82 | $6,254.71 | | |
| FICA/OASDI - SOCIAL SEC | $310.49 | $2,793.89 | $310.49 | $2,793.89 |

https://uatpenn.apps.upenn.edu/uatPenn/jsp/fast2.do                                         11/7/2017

| | | | | |
|---|---|---|---|---|
| MEDICARE TAX | $72.61 | $653.41 | $72.61 | $653.41 |
| STATE TAX | $156.28 | $1,406.41 | | |
| SUT DED | $3.96 | $35.05 | | |
| CITY TAX 1 | $196.27 | $1,738.35 | | |
| Total Taxes | $1,433.43 | $12,881.82 | $383.10 | $3,447.30 |

| **After-Tax Deductions** | Deductions | | Penn Contributions | |
|---|---|---|---|---|
| | Amount | Year-to-Date | Amount | Year-to-Date |
| OPTIONAL LIFE INSURANCE | $37.20 | $280.50 | | |
| DEPENDENT LIFE INSURANCE | $1.84 | $16.56 | | |
| Total Deductions | $39.04 | $297.06 | $0.00 | $0.00 |

| **Net Pay** | Amount |
|---|---|
| Net Pay | $3,248.72 |

| **Other Penn Contributions** | | Penn Contributions | |
|---|---|---|---|
| | | Amount | Year-to-Date |
| LIFE INS UNIV CONTRIB | | $8.63 | $73.47 |
| Total Contributions | | $8.63 | $73.47 |

### Federal Tax Status & Exemptions
(at time of this pay)

| | |
|---|---|
| Tax Status | Single |
| Number of Exemptions | 1 |

Copyright © 2017, University of Pennsylvania. All rights reserved.
**If you have questions concerning your Personnel or Payroll information, please contact your Business Administrator or Payroll Coordinator.**
For other comments about this site: uatpenn@pobox.upenn.edu - Please do not include confidential information, such as your SSN, in your Email.

For your protection, your Penn Weblogin session for the U@Penn Portal will automatically expire if you are not active within the portal for a period of an hour.