**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Susan S. Turbitt | : | Case No.  17-17110 AMC |
| Debtor | : | Chapter 13 |

**CERTIFICATION OF SERVICE**

I, Richard F. Weinstein, Esquire, attorney for Debtors, hereby certify that a true and correct copy of the above-referenced Chapter 13 plan was served upon all interested parties indicated below by sending true and conformed copies of the said plan electronically and/or by first class United States Mail, postage prepaid:

>Berks Credit & Coll
>900 Corporate Dr
>Reading, PA 19605
>
>Phelan, Hallinan Diamond & Jones
>1617 John F. Kennedy Boulevard, Suite 1400
>Philadelphia, PA 19103-1814
>
>Wells Fargo Bank, successor
>c/o Chase Records Department
>Correspondence Mail Mail Code: LA4-5555
>700 Kansas Lane
>Monroe, LA 71203
>
>William C. Miller, Esquire
>Office of the Chapter 13 Standing Trustee
>1234 Market Street, Suite 1813
>Philadelphia, PA 19107
>
>United States Trustee
>833 Chestnut Street  Suite 500
>Philadelphia, PA 19107-4405

>>s/ Richard F. Weinstein
>>RICHARD F. WEINSTEIN, ESQUIRE
>>705 West Haverford Road, Suite 1
>>Bryn Mawr, PA 19010-3128
>>(610) 896-3700