# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-17110-AMC

SUSAN S TURBITT

25 GARLOR DRIVE

HAVERTOWN, PA 19083-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
SUSAN S TURBITT

25 GARLOR DRIVE

HAVERTOWN, PA 19083-

**Counsel for debtor(s), by electronic notice only.**
RICHARD F. WEINSTEIN ESQ
705 WEST HAVERFORD RD
SUITE 1
BRYN MAWR, PA 19010-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ William C. Miller

Date: 1/10/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee