United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17110-amc
Susan S. Turbitt                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD              Page 1 of 1              Date Rcvd: Feb 16, 2018
                               Form ID: 152                Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db             +Susan S. Turbitt,    25 Garlor Drive,    Havertown, PA 19083-1223
14001202        Phelan, Hallinan Diamond & Jones,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
14001203       +Wells Fargo Bank, successor,    c/o Chase Records Department,
                 Correspondence Mail Mail Code: LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14026419        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:43:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14001201       +E-mail/Text: banko@berkscredit.com Feb 17 2018 02:43:48      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
                                                                                              TOTAL: 4
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KENNETH E. WEST    on behalf of Debtor Susan S. Turbitt dwabkty@aol.com,
               G6211@notify.cincompass.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, N.A., et. al.
               bkgroup@kmllawgroup.com
              RICHARD F. WEINSTEIN    on behalf of Debtor Susan S. Turbitt rfwlaw1@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Susan S. Turbitt

    Debtor(s)

Case No: 17–17110–amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 4/24/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court