UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Susan S. Turbitt | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-17110 AMC |

**CERTIFICATE OF SERVICE
PLAN TO ALL CREDITORS**

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on April 6, 2018, a copy of the Chapter 13 Plan was served upon all creditors, assignees/collection agencies and/or their counsel and the Trustee (either by regular mail or electronic delivery).


Dated: April 6, 2018

*/s/ Kenneth E. West*lllllllllllllllllllllll
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:        610-449-5380
Counsel for Debtor(s)