L.B.F. 3015-6A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Susan S. Turbitt | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-17110 AMC |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325 (a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

**[to be executed by counsel for the Debtor(s) or the Debtor(s)]**

Dated: April 6, 2018                 */s/Kenneth E. West*11111111
                                     KENNETH E. WEST
                                     Douglass, West & Associates
                                     830 Lansdowne Avenue
                                     Drexel Hill, PA  19026
                                     Phone No.:      610-446-9000
                                     Fax No.:        610-449-5380
                                     Counsel for Debtor(s)