UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Susan S. Turbitt | : | |
| Debtor (s) | : | BANKRUPTCY NO. 17-17110 AMC |

## PRAECIPE TO AMEND

TO THE CLERK:

Kindly amend the petition, statement, and/or schedules as follows:

(  ) Change address of debtor(s)

(  ) Correct the name of debtor(s)

(  ) Correct address of counsel

**( X ) Other - Specify**

Kindly amend Part 2 of the Plan, as follows:

§ 2(a)(2) Amended Plan:
Total Base Amount to be paid to the Chapter 13 Trustee ("Trustee") **$82,851.00**

Respectfully submitted,

Date: 4/9/2018

*/s/Kenneth E. West*lllllllllllllllllllllll
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:      610-449-5380
Counsel for Debtor(s)