# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan S. Turbitt aka Susan Shields Turbitt, aka Susan J. Turbitt<br>                    Debtor | CHAPTER 13 |
| Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A, its successors and/or assigns<br>                    Movant<br>        vs. | NO. 17-17110 AMC |
| Susan S. Turbitt aka Susan Shields Turbitt, aka Susan J. Turbitt<br>                    Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A, which was filed with the Court on or about **February 22, 2018**. Document No. 33.

                                        Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        kmcdonald@kmllawgroup.com
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

April 11, 2018