UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           }
                                                 }    Case No. : 17-17110 ELF
                                                 }
                                                 }    Chapter 13
Susan Turbitt                                    }
         Debtor(s)                               }

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date:  9/1/21

_____
KENNETH E. WEST, ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA  19026
610-446-9000

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date: 9/2/21

_____
ROBERT HOLBER, ESQUIRE
41 E. Front Street
Media PA 19063
610-565-5463