Certificate Number: 17572-PAE-DE-036011070

Bankruptcy Case Number: 17-17110



17572-PAE-DE-036011070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2021, at 1:05 o'clock PM PDT, Susan S Turbitt completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 22, 2021    By:    /s/Leigh-Anna M Thompson

Name:  Leigh-Anna M Thompson

Title:  Counselor