Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-17110-AMC**

Susan S. Turbitt
25 Garlor Drive
Havertown  PA    19083

Petition Filed Date: 10/19/2017
341 Hearing Date: 12/13/2017
Confirmation Date: 06/19/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 10/21/2021 | $2,822.00 | 3001351 | 11/08/2021 | $1,411.00 | | 12/09/2021 | $1,411.00 | |
| 02/25/2022 | $1,412.00 | | 05/09/2022 | $1,412.00 | | | | |

**Total Receipts for the Period:  $8,468.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $8,468.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | ECAST SETTLEMENT CORPORATION »» 001 | Unsecured Creditors | $503.40 | $0.00 | $503.40 |
| 2 | SELECT PORTFOLIO SERVICING INC »» 002 | Mortgage Arrears | $15,846.63 | $7,790.56 | $8,056.07 |
| 0 | RICHARD F WEINSTEIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-17110-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,468.00 | Current Monthly Payment: | $1,411.00 |
| Paid to Claims: | $7,790.56 | Arrearages: | $7,051.00 |
| Paid to Trustee: | $677.44 | Total Plan Base: | $19,752.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.